**Dismissed; Opinion Filed September 24, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01110-CV**

**IN THE INTEREST OF F.I., A MINOR CHILD**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54865-2014**

# MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Partida-Kipness

Before the Court is appellant's September 13, 2019 motion to dismiss the appeal. We grant

the motion and dismiss this appeal.


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

191110F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF F.I., A MINOR
CHILD

No. 05-19-01110-CV

On Appeal from the 469th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 469-54865-2014.
Opinion delivered by Justice Partida-
Kipness. Justices Bridges and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Veronica Serna Lisle recover her costs, if any, of this appeal from appellant Bill Lisle, III.

Judgment entered this 24th day of September, 2019.